UNITED STATES COURT OF APPEALS
DISTRICT COURT OF COLUMBIA CIRCUIT

| | |
|---|---|
| HUISHA-HUISHA, et al<br>   *Plaintiff-Appellees*,<br> v.<br>ALEJANDRO MAYORKAS, et al,<br>   *Defendant-Appellants*. | Case No. 22-5325 |

## MOTION TO WITHDRAW AS COUNSEL

 Ming Yu Cheung, hereby moves to withdraw as counsel of plaintiffs. The undersigned Ming Yu Cheung is no longer associated with the Immigrants' Rights Project of the American Civil Liberties Union and is no longer counsel for Plaintiffs in this case. The remaining counsel associated with the American Civil Liberties Union and their co-counsel listed in the signature block of this document remain as counsel of record for Plaintiffs.

Respectfully submitted,

/s/ Ming Yu Cheung
Ming Yu Cheung
American Civil Liberties Union
Foundation,
Voting Rights Project
125 Broad Street
New York, NY 10004
(212) 549-2671
mcheung@aclu.org

Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street, NW, Second Floor
Washington, D.C. 20005
Tel: (202) 457-0800

Lee Gelernt
Daniel A. Galindo
Omar Jadwat
American Civil Liberties Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2600

Stephen B. Kang
Cody Wofsy
American Civil Liberties Union Foundation,
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 343-0770

Tamara F. Goodlette
Refugee and Immigrant Center for Legal Education and Legal Services (RAICES)
802 Kentucky Avenue
San Antonio, TX 78201
Tel: (210) 960-3206

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF COMPLIANCE

The foregoing motion complies with Fed. R. App. P. 27(d)(2)(A) because it contains 71 words, as measured by Microsoft Word. The motion also complies with the typeface and style requirements of Fed. R. App. P. 32(a)(5) and 32(a)(6) because it is proportionally spaced, Roman-Style typeface of 14 points or more.

*/s/ Ming Yu Cheung*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April 2023, I electronically filed the foregoing with the U.S. Court of Appeals for the District of Columbia Circuit using the CM/ECF electronic filing system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Ming Yu Cheung*