# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-5325**                          **September Term, 2023**

**1:21-cv-00100-EGS**

**Filed On:** September 7, 2023

Nancy Gimena Huisha-Huisha, and her minor
child, et al.,

        Appellees

   v.

Alejandro N. Mayorkas, Secretary of
Homeland Security, in his official capacity, et
al.,

        Appellants


**BEFORE:**    Henderson, Childs, and Pan, Circuit Judges

### O R D E R

Upon consideration of the Supreme Court's judgment filed June 20, 2023, vacating this court's order filed December 16, 2022, and remanding with instructions to dismiss as moot the motion for leave to intervene filed December 9, 2022; and the motion to vacate the district court's judgment and remand with instructions to dismiss as moot, the opposition thereto, and the reply, it is

**ORDERED** that the motion for leave to intervene filed December 9, 2022, be dismissed as moot.  It is

**FURTHER ORDERED** that the motion to vacate the district court's judgment and remand with instructions to dismiss as moot be granted.  The district court's order entered on November 15, 2022, is hereby vacated, see, e.g., Louisiana v. CDC, No. 22-30303, unpublished order at 2 (5th Cir. June 13, 2023); Spell v. Edwards, 962 F.3d 175, 179-80 (5th Cir. 2020), and the case remanded with instructions to dismiss the case as moot.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5325**                                        **September Term, 2023**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**