# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 22-5325**    September Term, 2022

1:21-cv-00100-EGS

Filed On: January 20, 2023

Nancy Gimena Huisha-Huisha, and her minor child, et al.,

      Appellees

    v.

Alejandro N. Mayorkas, Secretary of Homeland Security, in his official capacity, et al.,

      Appellants

## O R D E R

Upon consideration of the motion to hold case in abeyance and the opposition thereto, it is

**ORDERED** that the motion be granted insofar as appellants request an abeyance pending the Supreme Court's disposition of Arizona v. Mayorkas, No. 22-592 (cert. granted, Dec. 27, 2022). The parties are directed to file motions to govern future proceedings in this case within 30 days of the disposition by the Supreme Court.

                  **FOR THE COURT:**
                  Mark J. Langer, Clerk

        BY:    /s/

                  Deputy Clerk